# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

**EULALIA SORIANO CHAVARRIA,**

***Petitioner*,**

**v.**

**WARDEN, EL PASO SERVICE PROCESSING CENTER; MARY DE ANDA-YBARRA, FIELD OFFICE DIRECTOR FOR EL PASO IMMIGRATION AND CUSTOMS ENFORCEMENT; LANCE SCHROYER, DIRECTOR OF IMMIGRATION AND CUSTOMS ENFORCEMENT; MARKWAYNE MULLIN, SECRETARY OF THE U.S. DEPARTMENT OF HOMELAND SECURITY; AND TODD BLANCHE, ACTING ATTORNEY GENERAL OF THE UNITED STATES,**

***Respondents*.**

§ § § § § § § § § § § § § § § § § § § § § §

**No. 3:26-CV-01895-LS**

## FINAL JUDGMENT

Consistent with its order entered today and Federal Rule of Civil Procedure 58, the Court enters this final judgment and dismisses this case without prejudice. The Clerk shall close the case.

**SO ORDERED**.

**SIGNED** and **ENTERED** on August 14, 2026.

**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**